UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:94-cr-12-MOC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| RANDELL BRICE HARRIS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on Defendant's pro se Motion for Compassionate Release/Reduction of Sentence. (Doc. No. 179).

This is Defendant's second Motion for Compassionate Release. The Court denied his first motion on July 14, 2021. (Doc. No. 175). Defendant does not appear to allege any circumstances that have changed since he filed his first motion. The Court thoroughly addressed Defendant's arguments in support of early release in its prior order. Therefore, the Court will not order the Government to respond to the merits of Defendant's pending motion. Nevertheless, the Court cannot consider the merits of the current motion if Defendant has failed to first exhaust his administrative remedies with the Bureau of Prisons.

**IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a response to Defendant's motion <u>on the sole issue of whether Defendant exhausted his administrative remedies with the BOP before filing this pending motion</u>.

Signed: October 22, 2021

Max O. Cogburn Jr.
United States District Judge