# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:94-CR-00012-MOC-DSC-2

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) |
| | ) **ORDER** |
| RANDELL BRICE HARRIS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**THIS MATTER** comes before the Court on Defendant's pro se Renewed Motion for Compassionate Release. (Doc. No. 183). Defendant filed a Motion for Compassionate Release on October 14, 2021, (Doc. No. 179), which the Court denied because Defendant had not exhausted his administrative remedies. (Doc. No. 182). Defendant now renews his Motion. (Doc. No. 183).

Having reviewed Defendant's Motion, the Court finds that a response from the Government is needed to fully consider their merits. Consequently, the Court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the Government **SHALL RESPOND** to Defendant's Motion for Compassionate Release within 20 days of the entry of this Order.

Signed: February 14, 2022

Max O. Cogburn Jr
United States District Judge