# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:94-cr-12-MOC

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| **RANDELL BRICE HARRIS,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on Defendant's pro se Motion for Reconsideration of this Court's Order denying Defendant's Motion for Compassionate Release/Reduction of Sentence. (Doc. No. 198). Given the length of the sentence Defendant faces, the Court finds that it is appropriate to require the Government to respond to the additional arguments Defendant has asserted in his motion for consideration. Given that the Government has already filed a full and lengthy response, the Government's memorandum may be brief.

## ORDER

**IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a response to Defendant's motion.

Signed: January 31, 2023

Max O. Cogburn Jr
United States District Judge